# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NAVIERAS / NPR, INC.** | |
| Plaintiffs | |
| vs. | Civil 98-1566 (PG) |
| **POLO CAL AUTO SALES** | |
| Defendants | |

### ORDER

It appears from the docket of this case that the complaint was filed on May 22, 1998, and that summons were returned executed on June 5, 1998. No further action having been taken, this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20th day of April, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

*RECEIVED & FILED, CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, PR — '00 APR 24 AM 7:00*



AO 72A
(Rev. 8/82)