ENTERED ON DOCKET 4/24/00 PURSUANT TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

NAVIERAS / NPR, INC.　　　　　*
　　　Plaintiff,　　　　　　　*
　　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　 *　　CIVIL NO. 98-1566 (PG)
　　　　　　　　　　　　　　　*
POLO CAL AUTO SALES,　　　　 *
　　　Defendant.　　　　　　　*

## JUDGMENT

On April 20, 2000 the Court entered an Order dismissing the case with prejudice for lack of prosecution.

WHEREFORE, judgment is hereby entered **Dismissing the case with prejudice** for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, April 20, 2000.

　　　　　　　　　　　　　　　　　　　JUAN M. PEREZ-GIMENEZ
　　　　　　　　　　　　　　　　　　　U.S. District Judge



AO 72A
(Rev. 8/82)